JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIN SUN, | EDCV 24-1099 PA (JPRx) |
|     Plaintiff, | JUDGMENT OF DISMISSAL |
|     v. | |
| UR M. JADDOU, et al., | |
|     Defendants. | |

Pursuant to this Court's September 5, 2024 Minute Order granting the Motion to Dismiss filed by defendants Ur M. Jaddou, Director of the United States Citizenship and Immigration Services ("USCIS"), John Daly, Jr., District Director of the Western Region Los Angeles District Office, USCIS, and Lory Torres, Los Angeles Field Office Director, USCIS ("Defendants") against Qin Sun ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants have their costs of suit.

DATED: September 5, 2024

                                                            Percy Anderson
                                              UNITED STATES DISTRICT JUDGE